# United States Bankruptcy Court
## Northern District of California

In re **Jessie Gatdula Oyco**, Debtor(s)

Case No. **09-48557**
Chapter **7**

## STATEMENT RE PAYMENT ADVICES

■ Attached are copies of all payment advices or other evidence of payment that I/we received from my/our employer(s) within the 60 days before the filing of this bankruptcy case. I/we have blocked out all but the last four digits of my/our social security number(s) wherever they appear on the attached copies.

☐ I/We received no payment advices or other evidence of payment from my/our employer(s) within the 60 days before the filing of this bankruptcy case.

I/we declare under penalty of perjury that the above statement is true and correct to the best of my/our knowledge, information, and belief.

Date **September 29, 2009** Signature **/s/ Jessie Gatdula Oyco**
**Jessie Gatdula Oyco**
Debtor

Date **September 29, 2009** Signature **/s/ Donna Echiverri-Beckham**
**Donna Echiverri-Beckham**
Attorney

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

DUE TO IMPLEMENTATION OF THE NEW FEDERAL TAX WITHHOLDING TABLE BASED ON THE AMERICAN RECOVERY AND REINVESTMENT ACT OF 2009 (STIMULUS PACKAGE) AND THE NEW CALIFORNIA STATE TAX WITHHOLDING TABLE RECENTLY ISSUED BY THE STATE, THE AMOUNT OF YOUR FEDERAL AND STATE TAX WITHHOLDINGS SHOWN ON THIS PENSION PAY STUB / ADVICE NOTICE AND NET PAY MAY HAVE CHANGED.

IF YOU WANT TO CHANGE YOUR FEDERAL OR/AND STATE TAX WITHHOLDING(S), YOU MAY CALL 415-487-7000 OR 1-888-849-0777 (TOLL FREE) TO REQUEST THE FEDERAL AND/OR STATE INCOME TAX WITHHOLDING FORM(S).

JESSIE G OYCO
163 BEDFORD COURT
HERCULES, CA 94547

CITY/COUNTY OF SAN FRANCISCO ████**** 06/30/2009 5365827
JESSIE G OYCO

AMT. OF CHECK **130760

| EARNINGS | | TAXES | | DEDUCTIONS | | NET PAY |
|---|---|---|---|---|---|---|
| 142847 | - | 7648 | - | 4439 | = | 130760 |
| 1142776 | - | 79031 | - | 33411 | - | 1030334 |

| DESCRIPTION | EARNINGS | YEAR-TO-DATE |
|---|---|---|
| PENSION | 142847 | 999929 |
| RETRO PENSION | 00 | 142847 |

| DESCRIPTION | TAXES / DED. | YEAR-TO-DATE |
|---|---|---|
| FEDERAL TAX | 6548 | 71717 |
| STATE TAX | 1100 | 7314 |
| DENTAL PLAN | 3690 | 25830 |
| HEALTH PLAN | 749 | 7581 |

NOT NEGOTIABLE

STATEMENT OF EARNINGS AND DEDUCTIONS • DETACH AND RETAIN FOR YOUR RECORDS

DUE TO IMPLEMENTATION OF THE NEW FEDERAL TAX WITHHOLDING TABLE BASED ON THE AMERICAN RECOVERY AND REINVESTMENT ACT OF 2009 (STIMULUS PACKAGE) AND THE NEW CALIFORNIA STATE TAX WITHHOLDING TABLE RECENTLY ISSUED BY THE STATE, THE AMOUNT OF YOUR FEDERAL AND STATE TAX WITHHOLDINGS SHOWN ON THIS PENSION PAY STUB / ADVICE NOTICE AND NET PAY MAY HAVE CHANGED.

IF YOU WANT TO CHANGE YOUR FEDERAL OR/AND STATE TAX WITHHOLDING(S), YOU MAY CALL 415-487-7000 OR 1-888-849-0777 (TOLL FREE) TO REQUEST THE FEDERAL AND/OR STATE INCOME TAX WITHHOLDING FORM(S).

JESSIE G OYCO
163 BEDFORD COURT
HERCULES, CA 94547

CITY/COUNTY OF SAN FRANCISCO ***
JESSIE G OYCO

07/31/2009 5372726

AMT. OF CHECK ▶ **1307.60

| EARNINGS | | TAXES | | DEDUCTIONS | | NET PAY |
|---|---|---|---|---|---|---|
| 1428.47 | - | 76.48 | - | 44.39 | = | 1307.60 |
| 12856.23 | - | 866.79 | - | 378.50 | = | 11610.94 |

| DESCRIPTION | EARNINGS | YEAR-TO-DATE |
|---|---|---|
| PENSION | 1428.47 | 11427.76 |
| RETRO PENSION | .00 | 1428.47 |

| DESCRIPTION | TAXES / DED. | YEAR-TO-DATE |
|---|---|---|
| FEDERAL TAX | 65.48 | 782.65 |
| STATE TAX | 11.00 | 84.14 |
| DENTAL PLAN | 36.90 | 295.20 |
| HEALTH PLAN | 7.49 | 83.30 |

STATEMENT OF EARNINGS AND DEDUCTIONS • DETACH AND RETAIN FOR YOUR RECORDS



# City and County of San Francisco Employees' Retirement System

## DEPOSIT ADVICE

| PAYMENT DATE | ADVICE NUMBER |
|---|---|
| 08/31/2009 | 1868287 |

THE TREASURER HAS DEPOSITED TO THE ACCOUNT OF

$ 1,307.60

14
JESSIE G OYCO
163 BEDFORD COURT
HERCULES, CA 94547

BANK NUMBER
321076441

ACCOUNT NUMBER
****4236

CITY/COUNTY OF SAN FRANCISCO
JESSIE G OYCO

08/31/2009 1868287
AMT. OF DEPOSIT: 1,307.60

| EARNINGS | | TAXES | | DEDUCTIONS | | NET PAY |
|---|---|---|---|---|---|---|
| 1,428.47 | - | 76.48 | - | 44.39 | = | 1,307.60 |
| 14,284.70 | - | 943.27 | - | 422.89 | = | 12,918.54 |

| DESCRIPTION | EARNINGS | YEAR-TO-DATE |
|---|---|---|
| PENSION | 1,428.47 | 12,856.23 |
| RETRO PENSION | 0.00 | 1,428.47 |

| DESCRIPTION | TAXES/DED | YEAR-TO-DATE |
|---|---|---|
| FEDERAL TAX | 65.48 | 848.13 |
| STATE TAX | 11.00 | 95.14 |
| DENTAL PLAN | 36.90 | 332.10 |
| HEALTH PLAN | 7.49 | 90.79 |

STATEMENT OF EARNINGS AND DEDUCTIONS

Due to implementation of the new federal tax withholding table based on the American Recovery and Reinvestment Act of 2009 [stimulus package] and the new California state tax withholding table recently issued by the state, the amount of your federal and state tax withholdings shown on this pension pay stub / advice notice and net pay may have changed.

If you want to change your federal or/and state tax withholding(s), you may call 415-487-7000 or 1-888-849-0777 (Toll Free) to request the Federal and/or State Income Tax Withholding form(s).

**(415) 487-7000**
**(888) 849-0777 (Toll Free)**

**30 Van Ness Avenue, Suite 3000**
**San Francisco, CA 94102**

**Divs & Depts:** 01 0001-OFFICE **Emp:** 0076- OYCO, JESSIE G

## Employee Check History

**Div:** 01 **Dept:** 0001-OFFICE **SS #:**

From Date: To Date:

Search Check Date Range | View Code/Type Totals

**View In-Net Only on Check Details**

| Period End DT | Check DT | Check # | Gross Pay | Net Pay | Adj Type | Pay Type |
|---|---|---|---|---|---|---|
| 8/29/2009 | 9/2/2009 | 0 | $294.00 | $256.75 | Standard | Voucher |
| 8/22/2009 | 8/26/2009 | 0 | $294.00 | $256.79 | Standard | Voucher |
| 8/15/2009 | 8/19/2009 | 0 | $294.00 | $256.78 | Standard | Voucher |
| 8/8/2009 | 8/12/2009 | 0 | $294.00 | $256.77 | Standard | Voucher |
| 8/1/2009 | 8/5/2009 | 0 | $294.00 | $256.77 | Standard | Voucher |
| 7/25/2009 | 7/29/2009 | 0 | $294.00 | $256.77 | Standard | Voucher |
| 7/18/2009 | 7/22/2009 | 0 | $294.00 | $256.79 | Standard | Voucher |
| 7/11/2009 | 7/15/2009 | 0 | $294.00 | $256.77 | Standard | Voucher |
| 7/4/2009 | 7/8/2009 | 0 | $294.00 | $256.77 | Standard | Voucher |
| 6/27/2009 | 7/1/2009 | 0 | $294.00 | $256.78 | Standard | Voucher |
| 6/20/2009 | 6/24/2009 | 0 | $294.00 | $256.76 | Standard | Voucher |
| 6/13/2009 | 6/17/2009 | 0 | $294.00 | $256.79 | Standard | Voucher |
| 6/6/2009 | 6/10/2009 | 0 | ($294.00) | ($163.34) | Void | Check |
| 6/6/2009 | 6/10/2009 | 60811 | $294.00 | $268.27 | Manual | Check |
| 6/6/2009 | 6/10/2009 | 0 | $294.00 | $256.78 | Standard | Voucher |
| 5/30/2009 | 6/3/2009 | 0 | $294.00 | $163.34 | Standard | Voucher |
| 5/23/2009 | 5/28/2009 | 0 | $294.00 | $256.77 | Standard | Voucher |
| 5/16/2009 | 5/20/2009 | 0 | $294.00 | $256.77 | Standard | Voucher |
| 5/9/2009 | 5/13/2009 | 0 | $312.38 | $270.39 | Standard | Voucher |
| 5/2/2009 | 5/6/2009 | 0 | $294.00 | $256.77 | Standard | Voucher |
| 4/25/2009 | 4/29/2009 | 343030438 | $294.00 | $256.77 | Standard | Check |
| 4/18/2009 | 4/22/2009 | 343025402 | $294.00 | $257.34 | Standard | Check |
| 4/11/2009 | 4/15/2009 | 343023003 | $174.32 | $159.07 | Standard | Check |
| 4/4/2009 | 4/8/2009 | 207489487 | $156.64 | $142.93 | Standard | Check |
| 3/28/2009 | 4/1/2009 | 207485159 | $156.64 | $142.93 | Standard | Check |
| 3/21/2009 | 3/25/2009 | 207481772 | $156.64 | $142.94 | Standard | Check |
| **Total:** | | | **$6,542.62** | **$5,749.03** | | |