# United States Bankruptcy Court
## Northern District of California

| | | |
|---|---|---|
| In re **Jessie Gatdula Oyco** | Case No. | **09-48557** |
| Debtor(s) | Chapter | **7** |

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION - AMENDED

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

**Property No. 1**

| **Creditor's Name:** <br> Bank of America | **Describe Property Securing Debt:** <br> 235 Newberry <br> Hercules, CA 94547 |
|---|---|

Property will be (check one):
- ☐ Surrendered
- ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt
- ■ Not claimed as exempt

---

**Property No. 2**

| **Creditor's Name:** <br> Wells Fargo Bank | **Describe Property Securing Debt:** <br> 235 Newberry <br> Hercules, CA 94547 |
|---|---|

Property will be (check one):
- ☐ Surrendered
- ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt
- ■ Not claimed as exempt

---

B8 (Form 8) (12/08)  Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Wells Fargo Home Mortgage** | **Describe Property Securing Debt:**<br>**2150 Shady Arbor Dr.**<br>**Sacramento, CA 95833** |
| Property will be (check one):<br>  ☐ Surrendered       ■ Retained<br>If retaining the property, I intend to (check at least one):<br>  ☐ Redeem the property<br>  ☐ Reaffirm the debt<br>  ■ Other.  Explain  **Sell property in a short sale with consent and approval of the creditor.**  (for example, avoid lien using 11 U.S.C. § 522(f)).<br>Property is (check one):<br>  ☐ Claimed as Exempt       ■ Not claimed as exempt | |

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES       ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **September 29, 2009**       Signature  **/s/ Jessie Gatdula Oyco**
                                              **Jessie Gatdula Oyco**
                                              Debtor

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

Case: 09-48557    Doc# 18    Filed: 09/29/09    Entered: 09/29/09 16:22:57    Page 2 of 3

In re  **Jessie Gatdula Oyco**                                    Case No.  **09-48557**
                                    Debtor(s)                     Chapter   **7**

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**Form 8. Chapter 7 Individual Debtor's Statement of Intention**

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

**Wells Fargo Home Mortgage**                **Paul Mansdorf**
**3476 Stateview Blvd**                      **1563 Solano Ave. #703**
**Fort Mill, SC 29715**                      **Berkeley, CA 94707**

Date: **September 29, 2009**                 **/s/ Donna Echiverri-Beckham**
                                             **Donna Echiverri-Beckham**
                                             Attorney for Debtor(s)
                                             **Law Office of Donna Echiverri-Beckham**
                                             **6836 Mission Street**
                                             **Daly City, CA 94014**
                                             **(650) 756-7777 Fax:1(650) 898-1980**
                                             **echiverri.beckhamlaw@yahoo.com**